**IN THE SUPREME COURT OF PENNSYLVANIA**

| IN RE: | : | NO. 949 |
|---|---|---|
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| CONDUCT BOARD | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2023, the Honorable Alice Beck Dubow, Philadelphia, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing August 31, 2023.